PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

FILED
Feb 01, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROSALVA ANGULO CASTILLO, <br>   aka Rosalva Angulo de Pena, <br>   aka "Chavina," and <br> ADAN GARCIA CASTILLO <br><br> Defendants. | CASE NO. 2:24-cr-0020 TLN <br><br> ORDER TO SEAL <br> (UNDER SEAL) |

The Court herby orders that the Indictment, the Petition of Assistant U.S. Attorney DAVID W. SPENCER to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

Dated:   2/1/2024

_____
HONORABLE ALLISON CLAIRE
United States Magistrate Judge