LAW OFFICE OF JESSE J. GARCIA
5776 Stoneridge Mall Road, Suite 390
Pleasanton, CA 94588
Telephone: (510) 782-7580/(925) 201-3130
Facsimile: (925) 665-1600
Email: office@jessejgarcialaw.com

JESSE J. GARCIA (SB# 61229)
Attorney for Defendant
ROSALVA ANGULO CASTILLO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ROSALVA ANGULO CASTILLO, ) <br> ) <br> Defendant ) <br> _____/ ) | CASE NO.: 2:24-cr-00020-WBS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE THE MOTION FOR BAIL REVIEW BASED ON CHANGED CIRCUMSTANCES CURRENTLY SCHEDULED ON JUNE 17, 2025 TO JUNE 23, 2025 |

Rosalva Angulo Castillo, by and through his counsel, Jesse J. Garcia, the United States Attorney's Office, by and through its counsel, David Spencer, Assistant United States Attorney, jointly stipulate and respectfully request the Court to reset the Motion for Bail Review hearing presently set for June 17, 2025, at 2:00 p.m. to June 23, 2025, at 2:00 p.m.

The parties jointly agree and request that the matter be continued.

SO STIPULATED.

U.S.A. V. ROSALVA ANGULO CASTILLO, CASE NO.: 2:24-CR-00020-WBS
STIPULATION AND [PROPOSED] ORDER TO COTINUE MOTION FOR BAIL REVIEW

Dated: May 27, 2025            Respectfully submitted,

/s/Jesse J. Garcia
JESSE J. GARCIA
Attorney for Defendant
ROSALVA ANGULO CASTILLO

Dated: May 27, 2025            /s/David Spencer
DAVID SPENCER
Assistant United States Attorney
(Authorized to sign on behalf of David Spencer per email on May 27, 2025)

[~~PROPOSED~~] ORDER

The Court hereby changes the scheduled Motion for Bail Review hearing from June 17, 2025, at 2:00 p.m. to June 23, 2025, at 2:00 p.m.

IT IS SO ORDERED.

DATED: May 28, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

U.S.A. V. ROSALVA ANGULO CASTILLO, CASE NO.: 2:24-CR-00020-WBS
STIPULATION AND [PROPOSED] ORDER TO COTINUE MOTION FOR BAIL REVIEW